# Court of Appeals
# of the State of Georgia

ATLANTA,  August 23, 2022

*The Court of Appeals hereby passes the following order:*

**A23D0026. NATIONAL RETAIL TRANSPORTATION, INC. v. DAPHNE STRICKLAND.**

Applicant National Retail Transportation, Inc. has filed a motion to withdraw this application for discretionary appeal in light of the parties' settlement of the underlying case. The motion to withdraw is hereby GRANTED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  08/23/2022*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*